UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

U. S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED 2-23-00
LORETTA G. WHYTE
CLERK

| | |
|---|---|
| JERAMIE LATIOLAIS | CIVIL ACTION NO: 00-85 |
| VERSUS | |
| ELEVATING BOATS, INC. | SECTION "L" |

## MOTION AND ORDER TO CONTINUE AND RE-FIX PRELIMINARY CONFERENCE

**NOW INTO COURT,** through undersigned counsel, comes petitioner, **JERAMIE LATIOLAIS,** who respectfully requests:

1.

That this Honorable Court continue the Preliminary Conference by telephone, presently scheduled in the above captioned matter before this Honorable Court on Thursday, February 24, 2000 at 10:30 a.m.

2.

Petitioner's attorney has advised the Court, that he has depositions currently scheduled in Lake Charles, Louisiana, in the case of *Donna Hanks v. Johnnie Guidry, et al, docket number 99-5695, 14th Judicial District Court,* on that same date. These depositions have been scheduled since early January, 2000. Counsel for petitioner, is a sole practitioner and has no other attorney in his office that can cover/handle these previously scheduled depositions. Counsel for petitioner, has contacted the attorney of record for the defendant to advise of petitioner's Motion to Continue Preliminary Conference.

DATE OF ENTRY  FEB 25 2000

___Fee___
___Process___
_X_ Dktd___
___CtRmDep___
Doc.No.___

As such, claimant respectfully request that the Preliminary Conference by telephone, presently scheduled for Thursday, February 24, 2000 at 10:30 a.m., be continued to the Court's next available date.

**WHEREFORE,** for the foregoing reasons, petitioner, **JERAMIE LATIOLAIS,** respectfully prays that this Honorable Court sign an Order continuing the Preliminary Conference in the above captioned matter, which is presently scheduled for Thursday, February 24, 2000 at 10:30 a.m., until the Court's next available date.

BY: _____
JOSEPH F. GAAR, JR.
Bar Roll No: 16927
P.O. Box 2053
Lafayette, Louisiana 70502
(318) 233-3185

Attorney for Petitioner,
**JERAMIE LATIOLAIS**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that a copy of the above and foregoing pleading has this day been forwarded to all known counsel of record, by depositing same in the U.S. Mail, postage prepaid and properly addressed.

Lafayette, Louisiana, this 17th day of February, 2000.

_____
JOSEPH F. GAAR, JR.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

JERAMIE LATIOLAIS                                CIVIL ACTION NO: 00-85

VERSUS

ELEVATING BOATS, INC.                            SECTION "L"

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the above and foregoing Motion and Order to Continue and Re-Fix Preliminary Conference:

**IT IS HEREBY ORDERED**, that petitioner, **JERAMIE LATIOLAIS's**, Preliminary _Telephone_ Conference which is previously scheduled for Thursday, February 24, 2000, at 10:30 a.m., is hereby continued ~~and re-fixed for the Court's next available date~~ _until Tuesday, March 14, 2000 at 10:30 am_.

New Orleans, Louisiana, this 24 day of Feb, 2000.

_____
JUDGE

Respectfully submitted:

BY: _____
JOSEPH F. GAAR, JR.
Bar Roll No: 16927
P.O. Box 2053
Lafayette, Louisiana 70502
(318) 233-3185
Attorney for Petitioner,
**JERAMIE LATIOLAIS**