MINUTE ENTRY
FALLON, J.
March 8, 2000

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JERAMIE LATIOLAIS                                    CIVIL ACTION

VERSUS                                               NO. 00-85

ELEVATING BOATS, INC.                                SECTION: L

    Due to a conflict in the Court's schedule, the preliminary telephone conference scheduled for 3-14-00 is hereby CONTINUED until THURSDAY, MARCH 16, 2000, at 10:15 am.

DATE OF ENTRY MAR 10 2000