

MINUTE ENTRY
FALLON, J.
April 17, 2000

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JERAMIE LATIOLAIS | * | CIVIL ACTION |
| VERSUS | * | NO. 00-85 |
| ELEVATING BOATS, INC. | * | SECTION "L" (3) |

A status conference was held this date at 1:30 p.m. in the chambers of Judge Eldon E. Fallon. In attendance were Joseph F. Gaar, Jr. by telephone for the plaintiff and Laurence E. Best for the defendant. Counsel are confident that the case will be ready for trial on the date which was selected by counsel at the preliminary conference, and the Court indicated that the trial date will be enforced.

IT IS ORDERED that counsel for the plaintiff contact the United States Magistrate Judge assigned to this matter to schedule a settlement conference to be held no later than thirty days before the trial date.

cc:   United States Magistrate Judge Lance M. Africk

DATE OF ENTRY
APR 1 9 2000