UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JERAMIE LATIOLAIS** | DOCKET NO. 00-0085 |
| **VERSUS** | JUDGE: SECTION "L" |
| **ELEVATING BOATS, INC.** | MAGISTRATE: 3 |

## MOTION FOR LEAVE TO FILE
## SUPPLEMENTAL AND AMENDED PETITION FOR DAMAGES

   **NOW INTO COURT,** through undersigned counsel, comes plaintiff, **JERAMIE LATIOLAIS,** who moves this Honorable Court to supplement and amend his original Petition for Personal Injuries filed in this action on January 11, 2000, as set forth in the attached Supplemental and Amended Petition for Personal Injuries.

   Plaintiff, **JERAMIE LATIOLAIS,** now moves the Court to allow him to supplement and amend his original Petition for Personal Injuries to reflect the proper basis for the Court's jurisdiction.

   The filing of this pleading will not unduly delay these proceedings.

   **WHEREFORE,** plaintiff, **JERAMIE LATIOLAIS,** prays that he be permitted to supplement and amend his original Petition for Personal Injuries in the above respects and that all of the other allegations of fact contained in the original Petition for Personal Injuries be reaverred and realleged as if pled herein *in extenso*.

Respectfully submitted:

BY: _____
JOSEPH P. GAAR, JR.
Bar Roll No: 16927
413 Lee Avenue
P.O. Box 2053
Lafayette, LA 70502
(318) 233-3185
Attorney for Petitioner,
**JERAMIE LATIOLAIS**

DATE OF ENTRY
MAY 17 2000



## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has ben served upon counsel for all parties to this proceedings, by mailing a copy of same to each by First Class United States mail, properly addressed and postage prepaid on this 5th day of May, 2000.

---
JOSEPH F. GAAR, JR.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JERAMIE LATIOLAIS** | DOCKET NO. 00-0085 |
| **VERSUS** | JUDGE: SECTION "L" |
| **ELEVATING BOATS, INC.** | MAGISTRATE: 3 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### RULE 2.08 CERTIFICATE

Pursuant to Rule 2.08 of the Uniform Local Rules, of the United States District Court, Eastern District of Louisiana, the undersigned counsel certifies that all known counsel of record have been contacted and have advised that they have no opposition to this Motion for Leave to File Second Supplemental and Amended Complaint and that the filing of this pleading will not unduly delay these proceedings.

Respectfully submitted:

BY:_____
JOSEPH F. GAAR, JR.
Bar Roll No: 16927
413 Lee Avenue
P.O. Box 2053
Lafayette, LA. 70502
(318) 233-3185
Attorney for Petitioner,
**JERAMIE LATIOLAIS**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JERAMIE LATIOLAIS | DOCKET NO. 00-0085 |
| VERSUS | JUDGE: SECTION "L" |
| ELEVATING BOATS, INC. | MAGISTRATE: 3 |

## ORDER

Considering the foregoing Motion for Leave to File a Supplemental and Amended Complaint;

**IT IS HEREBY ORDERED** that plaintiff, **JERAMIE LATIOLAIS,** be granted leave in this case to file his Supplemental and Amended Complaint.

Signed this 15 day of May, 2000, in New Orleans, Louisiana.

_____
DISTRICT COURT JUDGE