MINUTE ENTRY
FALLON, J.
September 26, 2000

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JERAMIE LATIOLAIS | * | CIVIL ACTION |
| VERSUS | * | NO. 00-85 |
| ELEVATING BOATS, INC. | * | SECTION "L" (3) |

IT IS ORDERED that the in chambers pretrial conference scheduled for Thursday, December 21, 2000 at 3:30 p.m. is hereby RESCHEDULED to Tuesday, December 5, 2000 at 3:30 p.m. at the request of counsel.

DATE OF ENTRY
SEP 28 2000