

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 OCT -2 PM 3:20

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

HOUMA DIVISION

| | | |
|---|---|---|
| JERAMIE LATIOLAIS | * | CIVIL ACTION NO.: 00-0085 |
| | * | |
| VERSUS | * | SECTION " L " |
| | * | |
| ELEVATING BOATS, INC. | * | MAGISTRATE: (3) |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION FOR LEAVE TO INTERVENE

**NOW INTO COURT**, through undersigned counsel, comes Liberty Mutual Insurance Group, and moves this Honorable Court for an order permitting Liberty Mutual Insurance Group to intervene in the above captioned proceeding on the grounds that as the Louisiana state workers' compensation insurer and/or the Longshore and Harbor Workers' Compensation carrier of Perf-O-Log, Inc., the employer of the plaintiff, Jeramie Latiolais, it has paid compensation benefits and medical expenses to plaintiff as a result of the incident made the basis of this suit and that, pursuant to law, intervenor is entitled to be paid first out of any judgment or settlement in the captioned matter and is further subrogated to the rights of its assured against third party tortfeasors.

DATE OF ENTRY
OCT 1 2 2000



Respectfully submitted:

DUNCAN & COURINGTON, L.L.C.

_____
**KAYE N. COURINGTON (#18582)**
**SCOTT B. KIEFER, (#18980)**
322 Lafayette Street
New Orleans, LA 70130
Telephone: (504) 524-5566
Attorneys for Liberty Mutual Insurance Group

## CERTIFICATE OF SERVICE

**I DO HEREBY CERTIFY** that I have on this 2nd day of October, 2000, placed a copy of the foregoing pleading in the United States Mail, properly addressed and first class postage prepaid to all known counsel.

_____
SCOTT B. KIEFER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

HOUMA DIVISION

| | | |
|---|---|---|
| **JERAMIE LATIOLAIS** | * | **CIVIL ACTION NO.: 00-0085** |
| | * | |
| **VERSUS** | * | **SECTION: "L"** |
| | * | |
| **ELEVATING BOATS, INC.** | * | **MAGISTRATE: (3)** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

Considering the foregoing Motion for Leave to Intervene filed on behalf of Liberty Mutual Insurance Group;

**IT IS HEREBY ORDERED**, that Liberty Mutual Insurance Group, as the Louisiana state workers' compensation insurer and/or Longshore and Harbor Workers' Compensation Act insurer of the employer of plaintiff in the above captioned proceeding, be and is hereby permitted to file its Complaint of Intervention and said Intervention will be considered filed as of the date of the signing of this Order.

New Orleans, Louisiana, this _____ day of _____, 2000.

_____
UNITED STATES DISTRICT COURT JUDGE