```
            FILED
      U.S. DISTRICT COURT
    EASTERN DISTRICT OF LA

      2000 OCT 12 PM 1:07

        LORETTA G. WHYTE
             CLERK
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JERAMIE LATIOLAIS | * | CIVIL ACTION NO. 00-0085 |
| | * | |
| VERSUS | * | |
| | * | SECTION "L" |
| ELEVATING BOATS, INC. | * | |
| | * | MAGISTRATE (3) |

*********************************************

### JOINT MOTION TO EXTEND INDEPENDENT MEDICAL EXAM AND MARINE SAFETY EXPERT DEADLINES

**NOW INTO COURT**, through undersigned counsel, come Defendant, Elevating Boats, Inc., and Plaintiff, Jeramie Latiolais, who move this Honorable Court to extend the deadlines for an independent medical exam by defendant and for the report of plaintiff's marine safety expert from October 5, 2000 and September 15, 2000 respectively to and including October 27, 2000, on grounds that significant additional discovery remains and cannot be completed by the proposed discovery cut-off deadlines of October 5, 2000 and September 15, 2000.

**WHEREFORE**, Defendant, Elevating Boats, Inc. and Plaintiff, Jeramie Latiolais, respectfully request that the Court grant this motion and extend the discovery deadlines from October 5, 2000 and September 15, 2000 to and including October 27, 2000.

-1-

DATE OF ENTRY

OCT 2 3 2000

Respectfully submitted,

BEST KOEPPEL

_____
LAWRENCE E. BEST (#3012)
PETER S. KOEPPEL (#1465)
601 Poydras Street, Suite 2655
Pan American Life Center
New Orleans, Louisiana 70130
Telephone: (504) 598-1000
Telecopier: (504) 524-1024
ATTORNEY FOR DEFENDANT

_____
JOSEPH F. GAAR, JR. (#16927)
413 Lee Avenue
Lafayette, Louisiana 70501
Telephone: (337) 233-3185
Facsimile: (337) 233-0690
ATTORNEY FOR PLAINTIFF

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JERAMIE LATIOLAIS | * | CIVIL ACTION NO. 00-0085 |
| | * | |
| VERSUS | * | |
| | * | SECTION "L" |
| ELEVATING BOATS, INC. | * | |
| | * | MAGISTRATE (3) |

*********************************************

## ORDER

Considering the foregoing unopposed Joint Motion to Extend Independent Medical Exam and Marine Safety Expert Deadlines;

**IT IS ORDERED,** that the deadlines in which to complete the independent medical exam and marine safety expert report be extended from October 5, 2000 and September 15, 2000, respectively to October 27, 2000. *PROVIDED THAT THIS ACTION DOES NOT ALTER THE TRIAL DATE.*

**SIGNED** this 20 day of _October_, 2000.

_____
U. S. MAGISTRATE JUDGE

-3-