```
                                                    FILED
                                              U.S. DISTRICT COURT
                                            EASTERN DISTRICT OF LA

                                              2000 NOV -9 PM 12:09

                                               LORETTA G. WHYTE
                                                    CLERK
```

**MINUTE ENTRY**
**AFRICK, M.J.**
**November 8, 2000**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JERAMIE LATIOLAIS                    CIVIL ACTION NO. 00-0085

versus                               SECTION: "L" (3)

ELEVATING BOATS, INC., ET AL

A settlement conference is scheduled in the above-captioned case on November 30, 2000, at 2:00 P.M., in the undersigned U.S. Magistrate Judge's chambers, located at 501 Magazine Street, Room 335, New Orleans, Louisiana.

**On or before November 22, 2000**, each party shall submit to the undersigned Magistrate Judge an in-camera letter/memorandum, **no longer than three pages double spaced**, outlining their settlement position. The letter/memorandum may be faxed directly to my chambers at 504-589-7608. All counsel are to have access to someone with full authority.

_____
LANCE M. AFRICK
UNITED STATES MAGISTRATE JUDGE

_____
**CLERK TO NOTIFY ALL COUNSEL**

DATE OF ENTRY
NOV 9 2000