

MINUTE ENTRY
FALLON, J.
November 29, 2000

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JERAMIE LATIOLAIS | * | CIVIL ACTION |
| VERSUS | * | NO. 00-85 |
| ELEVATING BOATS, INC. | * | SECTION "L" (3) |

IT IS ORDERED that the pretrial conference scheduled for Tuesday, December 5, 2000 at 3:30 p.m. is hereby RESCHEDULED to Monday, December 4, 2000 at 8:30 a.m. The pre-trail order must be delivered to Chambers by 4:30 p.m. on Thursday, November 30, 2000.

DATE OF ENTRY
NOV 2 9 2000