



**MINUTE ENTRY**
**AFRICK, M.J.**
**November 30, 2000**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JERAMIE LATIOLAIS                                     CIVIL ACTION NO. 00-85

versus                                                SECTION: "L" (3)

ELEVATING BOATS, INC.

A settlement conference was held on this date with all counsel participating. The parties were unable to resolve their differences. The U.S. District Judge's chambers was notified.

DATE OF ENTRY
DEC 1 2000

_____
LANCE M. AFRICK
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY ALL COUNSEL**

Fee____
Process____
X Dktd____
_ CtRmDep____
Doc.No. 34