FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
DEC -6 2000
LORETTA G. WHYTE
CLERK

MINUTE ENTRY
FALLON, J.
December 4, 2000

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JERAMIE LAIOLAIS | * | CIVIL ACTION |
| VERSUS | * | NO. 00-85 |
| ELEVATING BOATS, INC. | * | SECTION "L" (3) |

A pretrial conference was held this date at 8:30 a.m. in the chambers of Judge Eldon E. Fallon. In attendance were Joseph Garr, Jr. for the plaintiff, Laurence Best and W. Bartlett Ary for the defendant, and Scott Kiefer for the intervenor. IT IS ORDERED THAT:

1) The parties SHALL SUBMIT to the Court not later than Thursday, December 28, 2000, a joint statement of proposed findings of fact and conclusions of law as to which there is no dispute, together with a separate statement by each party as to such party's proposed findings of fact (together with citations to supporting evidence therefor) and conclusions of law which are disputed;

2) If any party objects to the admission of another party's exhibits: i) the objecting party SHALL SUBMIT to the Court not later than Thursday, December 28, 2000, a written statement describing the nature of and basis for such objections; and ii) the other party SHALL RESPOND in writing not later than Wednesday, January 3, 2001;

3) Each party SHALL SUBMIT to the Court not later than Thursday, December 28, 2000, a bench book containing all exhibits that such party intends to introduce at trial;

DATE OF ENTRY
DEC 6 2000

4) Motions in limine SHALL BE SUBMITTED to the Court not later than Thursday, December 28, 2000, and memoranda in opposition thereto SHALL BE SUBMITTED not later than Wednesday, January 3, 2001;

5) Any party who intends to introduce deposition testimony at trial in lieu of live testimony SHALL SUBMIT to the Court not later than Thursday, December 28, 2000, a redacted transcript of such testimony (omitting parts that all parties agree to be extraneous and irrelevant);

6) If any party objects to any portion of deposition testimony that another party intends to introduce at trial in lieu of live testimony: i) the objecting party SHALL SUBMIT to the Court not later than Tuesday, January 2, 2001, a written statement describing the basis for such objections; and ii) the other party SHALL RESPOND in writing not later than Wednesday, January 3, 2001;

7) Counsel SHALL REPORT to chambers at 8:30 am on the first morning of trial, Monday, January 8, 2001.