

COPY IN CHAMBERS





UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JERAMIE LATIOLAIS** | * | **DOCKET NO. 00-0085** |
| | * | |
| **VERSUS** | * | **JUDGE: SECTION "L"** |
| | * | |
| **ELEVATING BOATS, INC.** | * | **MAGISTRATE: 3** |

* * * * * * * * * * * * * * * * * * * * * * * *

### MOTION FOR LEAVE OF COURT TO FILE REPLY MEMORANDUM

**NOW INTO COURT**, through undersigned counsel, comes Elevating Boats, Inc. ("EBI"), and moves this Court for an order granting EBI leave to file a Reply Memorandum in Support of Motion for Summary Judgment. This purpose of the Reply Memorandum to briefly address the arguments raised by plaintiff in his opposition to EBI's *Motion for Summary Judgment*. Plaintiff's counsel has advised that he has no opposition to the instant motion.

Respectfully submitted, this 5th day of December, 2000.

Respectfully submitted,

BEST KOEPPEL

_____
LAURENCE E. BEST (#3012)
PETER S. KOEPPEL (#1465)
W. BARTLETT ARY (#17909)
601 Poydras Street, Suite 2655
New Orleans, Louisiana 70130
Telephone: (504) 598-1000
Telecopier: (504) 524-1024

DATE OF ENTRY
DEC 1 2 2000

## CERTIFICATE OF SERVICE

I DO HEREBY CERTIFY that I have on this 5th day of December, 2000, served the foregoing pleading on all counsel of record herein, by placing a copy of same in the United States mail, properly addressed and first class postage prepaid, or by hand delivery.

_____

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JERAMIE LATIOLAIS** | * | **DOCKET NO. 00-0085** |
| | * | |
| **VERSUS** | * | **JUDGE: SECTION "L"** |
| | * | |
| **ELEVATING BOATS, INC.** | * | **MAGISTRATE: 3** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## <u>O R D E R</u>

Considering the foregoing Motion for Leave of Court to File Reply Memorandum;

**IT IS HEREBY ORDERED** that Elevating Boats, Inc. be and is hereby granted leave of court to file a Reply Memorandum in Support of its *Motion for Summary Judgment*.

New Orleans, Louisiana, this 8th day of Dec, 2000.

_____
**JUDGE**