FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 DEC -4  PM 1:45

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JERAMIE LATIOLAIS | DOCKET NO. 00-0085 |
| VERSUS | JUDGE: SECTION "L" |
| ELEVATING BOATS, INC. | MAGISTRATE: 3 |

### MOTION FOR LEAVE TO FILE MEMORANDUM IN OPPOSITION TO DEFENDANT, ELEVATING BOATS, INC.'S MOTION FOR SUMMARY JUDGMENT

NOW INTO COURT, through undersigned counsel, comes plaintiff, **JERAMIE LATIOLAIS** who moves this Honorable Court for an Order permitting him to file the following Memorandum in Opposition to the Motion for Summary Judgment filed by Defendant, Elevating Boats, Inc., on November 2, 2000.

Respectfully submitted:

BY:_____
JOSEPH F. GAAR, JR. (16927)
Attorney for plaintiff,
JERAMIE LATIOLAIS
P.O. Box 2053
Lafayette, Louisiana 70502
(337) 233-3185

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing pleadings has this day been forwarded to all counsel of record, by depositing same in the U.S. Mail, postage prepaid and properly addressed.
Lafayette, Louisiana, this __1st__ day of __Dec__, 2000.

JOSEPH F. GAAR, JR.

DATE OF ENTRY
DEC 1 4 2000

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JERAMIE LATIOLAIS** | **DOCKET NO. 00-0085** |
| VERSUS | JUDGE: SECTION "L" |
| **ELEVATING BOATS, INC.** | MAGISTRATE:  3 |

## ORDER

CONSIDERING the foregoing Motion for Leave to File Memorandum in Opposition to Defendant, Elevating Boats, Inc.'s Motion for Summary Judgment;

IT IS HEREBY ORDERED that Plaintiff, JERAMIE LATIOLAIS, be and is hereby permitted to file his Memorandum in Opposition to Defendant, Elevating Boats, Inc.'s Motion for Summary Judgment and said Memorandum will be considered filed as of the date of this signing of this Order.

New Orleans, Louisiana, this __13__ day of __Dec__, 2000.

_____
**UNITED STATES DISTRICT JUDGE**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JERAMIE LATIOLAIS | DOCKET NO. 00-0085 |
| VERSUS | JUDGE: SECTION "L" |
| ELEVATING BOATS, INC. | MAGISTRATE: 3 |

### CERTIFICATE PURSUANT TO LOCAL RULE 7.6E

NOW INTO COURT, through undersigned counsel, comes plaintiff, Jeramie Latiolais, who pursuant to Local Rule 7.6E of the Court, certifies that he has conferred with all counsel of record regarding the attached Motion for Leave to File Memorandum in Support of Motion for Summary Judgment and has been informed that they have no opposition to the attached Motion for Leave to File Memorandum in Support of Motion for Summary Judgment.

Respectfully submitted,

BY: _____
JOSEPH F. GAAR, JR. (16927)
Attorney for plaintiff,
JERAMIE LATIOLAIS
P.O. Box 2053
Lafayette, Louisiana 70502
(337) 233-3185

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing pleadings has this day been forwarded to all counsel of record, by depositing same in the U.S. Mail, postage prepaid and properly addressed.
    Lafayette, Louisiana, this ___1st___ day of November, 2000.

_____
JOSEPH F. GAAR, JR.