

MINUTE ENTRY
FALLON, J.
January 4, 2001

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JERAMIE LATIOLAIS | * | CIVIL ACTION |
| VERSUS | * | NO. 00-85 |
| ELEVATING BOATS, INC. | * | SECTION "L" (3) |

Before the Court is defendant's motion in limine to exclude the testimony of plaintiff's expert, Craig Brasseux, pursuant to Rule 702 of the Federal Rules of Evidence. On January 4, 2001, plaintiff's counsel contacted the Court by telephone and by letter to indicate that the plaintiff will neither file an opposition to the motion nor call Brasseux to testify as an expert in marine safety at trial. Accordingly, plaintiff's motion in limine is DENIED AS MOOT.



DATE OF ENTRY
JAN - 5 2001



