UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA


JERAMIE LATIOLAIS                              CIVIL ACTION

VERSUS                                         NO.  00-85

ELEVATING BOATS, INC.                          SECTION: L


MONDAY, JANUARY 8, 2001, 9:00 AM
BEFORE JUDGE ELDON E. FALLON

Courtroom Deputy: Gaylyn Lambert
Court Reporter: Rhonda Hardin

Appearances: Joseph F. Gaar, Jr., Esq.
             For plaintiff

             Larry Best, Esq.
             Bart Ary, Esq.
             For defendant

---

NON JURY TRIAL:
Case called; all present and ready.
Stipulation of Intervenor, Liberty Mutual Insurance Group, admitted as Joint Exhibit 40.
Joint Exhibits 1 through 40 admitted.
Opening Statements.

Plaintiff's Witnesses:
Craig Brasseux - sworn
Michelle LeBlanc - sworn
Bobby James Maturin - sworn
Capt. Robert J. Williams III - sworn (on cross examination)
Jeramie Latiolais - sworn

Plaintiff rests.
Motion of defendant, Elevating Boats, Inc., for Judgment on Partial Findings under Rule 52c -
Denied at this time reserving right to re-urge.

Joint Exhibits 9 & 30 are withdrawn as they have already been admitted in other exhibits.

Court adjourned at 5:00 pm until Tuesday, January 9, 2001, 9:00 am.

DATE OF ENTRY

JAN - 9 2001



____Fee____
____Process____
X   Dkt/
____CtRmDep____
Doc.No.____