

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

HOUMA DIVISION

| | | |
|---|---|---|
| **JERAMIE LATIOLAIS** | * | **CIVIL ACTION NO.: 00-0085** |
| | * | |
| **VERSUS** | * | **SECTION " L "** |
| | * | |
| **ELEVATING BOATS, INC.** | * | **MAGISTRATE: (3)** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### JOINT PRE-TRIAL STIPULATION

It is stipulated by and among all parties to the captioned proceeding that Liberty Mutual Insurance Group issued a policy of workers' compensation and employer's liability insurance (Exhibit "A") to W H Energy Services, Inc. and which policy provided coverage to Perf-O-Log, Inc. as an additional assured; that said policy was in full force and effect and covered Perf-O-Log, Inc. as the employer of Mr. Jeramie Latiolais on January 21, 1999, the date of Mr. Latioalis' alleged accident; that on the date and time of Mr. Latiolais' alleged accident, he was in the course and scope of his employment by Perf-O-Log, Inc..

As a result of the alleged accident, Liberty Mutual Insurance Group paid medical expenses incurred by Mr. Jeramie Latiolais in the amount of SIXTEEN THOUSAND FOUR HUNDRED FIFTY-SEVEN AND 99/100 ($16,457.99) DOLLARS and benefits in the amount

of THIRTY-SEVEN THOUSAND EIGHTY-THREE AND 69/100 ($37,083.69) DOLLARS pursuant to the Louisiana State Workers Compensation Act and/or Longshore and Harbor Workers' Compensation Act which benefits are continuing to be paid at the rate of $367.00 per week, for a present total of FIFTY-THREE THOUSAND FIVE HUNDRED FORTY-ONE AND 68/100 ($53,541.68) DOLLARS (Exhibit "B").

In accordance with the provisions of the Louisiana State Workers Compensation Act, specifically L.S.A.-R.S. 23:1101, *et seq.* and/or the Longshore and Harbor Workers' Compensation Act, 33 U.S.C.A. §901, et seq., specifically 33 U.S.C.A. §933, Liberty Mutual Insurance Group has a lien on Mr. Jeramie Latiolais' recovery herein; it is subrogated to the rights of Mr. Jeramie Latiolais; and it is entitled to be paid first out of any judgment or settlement in the above-numbered and entitled cause in an amount sufficient to reimburse it as allowed by law.

Respectfully submitted,

*Joseph F. Gaar Jr.*
JOSEPH F. GAAR, JR. (# 16927)
Post Office Box 2053
Lafayette, LA 70502
Telephone: 337-233-3185
Attorney for Plaintiff, Jeramie Latiolais

BEST KOEPPEL, PLC

LAURENCE E. BEST (# 3012)
W. BARTLETT ARY (# 17909)
601 Poydras Street, Suite 2655
Pan American Life Center
New Orleans, LA 70130
Telephone: 598-1000
Attorney for Elevating Boats, Inc.

DUNCAN & COURINGTON, L.L.C.

_____
KAYE N. COURINGTON (#18285)
SCOTT B. KIEFER (#18980)
322 Lafayette Street
New Orleans, Louisiana 70130
Telephone: (504) 524-5566
Attorney for Intervenor,
Liberty Mutual Insurance Group

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been forwarded via United States mail, properly addressed and with first-class postage affixed, to all known counsel of record this __28th__ day of December, 2000.

_____
KAYE N. COURINGTON
SCOTT B. KIEFER

s:\knc\louisiana\Latiolais\pleadings\Stipulation

**SEE RECORD FOR EXHIBITS OR ATTACHMENTS NOT SCANNED**