UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JERAMIE LATIOLAIS | CIVIL ACTION |
| VERSUS | NO. 00-85 |
| ELEVATING BOATS, INC. | SECTION: L |

TUESDAY, JANUARY 9, 2001, 9:00 AM
(continued from 1-8-01)
BEFORE JUDGE ELDON E. FALLON

Courtroom Deputy: Gaylyn Lambert
Court Reporter: Rhonda Hardin

Appearances: Joseph F. Gaar, Jr., Esq.
　　　　　　　For plaintiff

　　　　　　　Larry Best, Esq.
　　　　　　　Bart Ary, Esq.
　　　　　　　For defendant

---

NON JURY TRIAL:

Defendant's Witnesses:
Kevin T. Broussard - sworn
Lynn B. Dean - sworn
Douglas Dean - sworn

Defendant rests.
Plaintiff Rebuttal Witness:    Jeramie Latiolais - previously sworn.
Plaintiff rests in rebuttal.
Closing Arguments.

Court issues oral Findings of Fact and Conclusions of Law in favor of defendant, dismissing plaintiff's claims with prejudice.

Court adjourned at 12:10 pm.

DATE OF ENTRY
JAN 1 0 2001



Fee ___
Process ___
X Dktd ___
___ CtRmDep
Doc.No. 55