UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

```
FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JAN 12 AM 10: 36
     JAN 1 2 2001
LORETTA G. WHYTE
       CLERK
```

| | |
|---|---|
| JERAMIE LATIOLAIS | CIVIL ACTION |
| VERSUS | NO. 00-85 |
| ELEVATING BOATS, INC. | SECTION: L |

## JUDGMENT

This matter came on before the Court for non jury trial on previous days. At the conclusion of trial, the Court issued oral Findings of Fact and Conclusions of Law in favor of the defendant, Elevating Boats, Inc. Accordingly,

IT IS ORDERED, ADJUDGED AND DECREED that there be judgment in favor of defendant, Elevating Boats, Inc., and against plaintiff, Jeramie Latiolais, dismissing said plaintiff's complaint with prejudice.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the complaint of intervention of Liberty Mutual Insurance Group is hereby dismissed with prejudice.

Each party is to bear its own costs.

New Orleans, Louisiana, this _10_ day of January, 2001.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
JAN 1 2 2001

___ Fee
___ Process
_X_ Dktd
_✓_ CtRm
     D__     56